UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE: Shundell Cortez Slate                      CASE NO: 17-10053

## TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Todd S. Johns, Standing Chapter 13 Trustee, who reports the following:

(1)

That pursuant to code section 347(a) of Title 11, ninety (90) days after the final distribution under Section 1326, the Trustee shall stop payment on any check remaining unpaid and any remaining property of the estate shall be paid into the Court for disposal under Chapter 129 of Title 28.

(2)

That in the above styled matter, ninety (90) days or more have passed since final distribution was made and pursuant to Rule 3011, the name of party to whom such non-negotiated distribution check was issued, the amount of the check and the creditor's last known address is as follows:

SHUNDELL CORTEZ SLATE
2045 BERT KOUNS INDUSTRIAL LOOP
APT. 151
SHREVEPORT, LA 71118

(3)

The Trustee's check for $2,587.98 payable to the Clerk, U.S. Bankruptcy Court has been mailed contemporaneously with this notice.

Respectfully submitted this 13th day March, 2019.

Void Ck 2037794 , clm # Debtor Refund

*/s/Todd S. Johns*
Todd S. Johns
Chapter 13 Trustee
P.O. Box 1770
Shreveport, La 71166
Phone - (318)673-8244
Fax - (318)673-8254